**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Terry Gerrard Gridine, Petitioner.

Appellate Case No. 2025-000362

———

Appeal from Richland County
Jocelyn Newman, Circuit Court Judge

———

Memorandum Opinion No. 2025-MO-044
Heard November 18, 2025 – Filed November 26, 2025

———

**DISMISSED AS IMPROVIDENTLY GRANTED**

———

Appellate Defender Joanna Katherine Delany, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Assistant Attorney General Joshua Abraham Edwards, and Solicitor Byron E. Gipson, of Columbia, all for Respondent.

———

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *State v. Gridine*, Op. No. 2025-UP-009 (S.C. Ct. App. filed Jan. 8, 2025). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**